### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Miriam Adams, | Civil Action No.: 2:18-cv-13508-JEL-APP |
| Plaintiff, | |
| v. | |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 16, 2019

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.